**CGFD33** (10/17/05)



**ORDERED in the Southern District of Florida on January 11, 2006**

Robert A Mark
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
**Division: Miami**

Case Number: 05−41393−RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Peter James Stephens
aka Peter Stephens
1715 W 62 St
Hialeah, FL 33012

SSN: xxx−xx−2329

*CLERK*
*USBC*
*SDFL*
***FILED***
*1/11/06*

# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above−named case has been entered. The trustee, Nancy N Herkert, having filed a final report, is discharged and this case is closed.

### #

Copies to:  Debtor
            Attorney for Debtor
            Tustee